1046

[Nos. 67573-7-I; 67574-5-I. Division One. June 18, 2012.]

*In the Matter of the Dependency of* A.G.A. ET AL.

CRYSTAL MARIE TAMPICO, *Appellant*, v. THE DEPARTMENT OF
SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from a judgment of the Superior Court for King
County, No. 11-7-00730-6, Patricia H. Clark, J., entered July
21, 2011. *Affirmed* by unpublished opinion per Spearman,
A.C.J., concurred in by Schindler and Dwyer, JJ.

[No. 29336-0-III. Division Three. June 19, 2012.]

CAROL A. FRANKLUND, *Appellant*, v. ARVID K. OLSON,
*Respondent*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 09-2-02456-1, F. James Gavin, J., entered Au-
gust 6, 2010. *Affirmed* by unpublished opinion per Brown,
J., concurred in by Korsmo, C.J., and Sweeney, J.

[No. 29584-2-III. Division Three. June 19, 2012.]

JAMES SCHIBEL ET AL., *Appellants*, v. LEROY W. JOHNSON,
*Respondent*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 07-2-00088-1, Annette S. Plese, J., entered
November 24, 2010. *Affirmed* by unpublished opinion per
Kulik, J., concurred in by Siddoway, A.C.J., and Sweeney, J.

[No. 29888-4-III. Division Three. June 19, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM T. MILLER,
*Appellant*.

The unpublished opinion in this cause was *withdrawn* by
order of the Court of Appeals dated July 12, 2012. A
substitute opinion was filed. See 172 Wn. App 1010.